The order below is hereby signed.

Signed: June 29 2017



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                              )
                                   )
ROTINI, INC.,                      )    Case No. 17-00270
                                   )    (Chapter 11)
         Debtor.                   )

ORDER TO AMEND DISCLOSURE OF COMPENSATION STATEMENT

It is

ORDERED that within 14 days after entry of this order, the debtor's attorney shall amend his statement under Fed. R. Bankr. P. 2016(b) titled *Disclosure of Compensation of Attorney for Debtor* (Dkt. No. 3):

    (1) to attach the agreement referred to in paragraph 4 of the *Disclosure,* or

    (2) to correct the *Disclosure* to reflect that there was no such agreement if that is the case.

[Signed and dated above.]

Copies to: Debtor's attorney; Office of United States Trustee.

R:\Common\TeelSM\Judge Temp Docs\Rotini, Inc. - Correct Rule 2016(b) Statement.wpd